

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00133-CV

**ROBERT WALTON,**

                                                     **Appellant**

 **v.**

**ROBERT RUTLEDGE,**

                                                     **Appellee**

---

**From the 414th District Court
McLennan County, Texas
Trial Court No. 2006-543-5**

---

## MEMORANDUM OPINION

---

Appellant has filed a motion to dismiss this appeal. Appellee has not filed a response. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

                                                FELIPE REYNA
                                                Justice

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal dismissed
Opinion delivered and filed September 17, 2008
[CV06]